IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv585 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD LESLIE STRISHOCK, and | ) | ORDER |
| NEBRASKA, STATE OF, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 19 be stricken from the record for the following reason(s):

• Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 19 from the record.  The party is directed to re-file the document.

DATED this 15th day of September, 2005.

BY THE COURT:


s/ *Richard G. Kopf*
United States District Judge